IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3067 |
| | ) | |
| v. | ) | |
| | ) | |
| DOYLE YARNELL, | ) | ORDER ON MOTION FOR EXTENSION |
| | ) | OF TIME |
| Defendant. | ) | |
| | ) | |

    Doyle Yarnell, through Maren Lynn Chaloupka, has filed a Motion for Extension of Time in which to respond to the Brief in Support of Plaintiff's Writ of Garnishment.

    On February 11, 2008, I signed a Garnishee Order that was agreed to by Laurie Barrett of the U. S. Attorney's Office and Kirk Naylor, the attorney of record for Doyle Yarnell. It therefore appears that the Motion for Extension of Time is moot.

    IT IS ORDERED that the Motion for Extension of Time, filing 49, is denied as moot.

    Dated February 28, 2008.

                                BY THE COURT

                                s/ Warren K. Urbom
                                United States Senior District Judge